IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 25, 2010
JOHN LEY
CLERK

_____

No. 08-15154-EE

_____

D. C. Docket No. 07-23223-CV-JLK


RESIAS POLYCARPE,
REYNOLD SULLY, and other
similarly situated individuals,

                                        Plaintiffs-Appellants,

                    versus

E & S LANDSCAPING SERVICE, INC.,
ERNST MAYARD,

                                        Defendants-Appellees.


_____

No. 08-15290-EE

_____

D. C. Docket No. 07-22645-CV-JAL


PIERRE C. BIEN-AIME,

                                        Plaintiff-Appellant,

                    versus

NANAK'S LANDSCAPING, INC.,

Defendant-Appellee.

_____

No. 08-15963-EE
_____

D. C. Docket No. 07-61295-CV-JIC

REINALDO RAMON LAMONICA,
REONALDO GOMEZ MORSA,
AUGUSTIN MILAN,
ANGELES LAMONICA SOLER
MARIO FELICIANO,
GUILLERMO ALBOREZ,
JULIO ALBOREZ,
GIOVANI PEREZ,
PEDRO LOPEZ VASQUEZ,
on behalf of themselves and other
employees similarly situated,

Plaintiffs-Appellants,

versus

SAFE HURRICANE SHUTTERS, INC.,
a Florida corporation d.b.a.
Advanced Hurricane Protection,
EDWARD LEIVA,
STEVE HEIDELBERGER,
FRANCIS MCCARROLL,

Defendants-Appellees.

2

_____

No. 08-17055-EE

_____

D. C. Docket No. 08-60269-CV-CMA

RICHARD MILBOURN,
individually and on behalf of
others similarly situated,

Plaintiff-Appellant,

versus

AARMADA PROTECTION SYSTEMS 2000, INC.,
a Florida corporation, and WAINSWORTH
JACKSON, individually,

Defendants-Appellees.

_____

No. 08-17109-EE

_____

D. C. Docket No. 06-22487-CV-ASG

EDGARDO FLORES,
JOSE ROSALES,
NESTOR BENITEZ,

Plaintiffs-Appellants,

3

versus

NUVOC, INC.,
a dissolved Florida Corporation,
BARUCH RAPHAEL,
JUAN SARDA,

                                                    Defendants-Appellees.


_____

No. 09-10938-EE
_____

D. C. Docket No. 08-22271-CV-WJZ


JUAN CARLOS VALLECILLO,
and all others similarly situated,
WILARD DULANTO,
FELIPE MENDOZA,
TROY ALLEN WHITTEN,
JUAN ANTONIO VARGAS,
CLAUDIO WHITTEN,

                                                    Plaintiffs-Appellants,

versus

WALL TO WALL RESIDENCE REPAIRS INC.,
Jorge Acosta, Registered Agent
5701 N.W. 23 Street
Margate, FL 33063,
JORGE ACOSTA,
ELOISA M. LIM,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

Before EDMONDSON and PRYOR, Circuit Judges.[*]

ON PETITION(S) FOR REHEARING AND
PETITION(S) FOR REHEARING EN BANC

PER CURIAM:

The petition(s) for rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

/s/ J.L. Edmondson
UNITED STATES CIRCUIT JUDGE

_____

[*]This opinion is being entered by quorum pursuant to 28 U.S.C. § 46(d).

5